For Office Use Only
Grievance # 2.10
Coordinator's Initials ‾‾‾
Date Received 1/7/10

# Columbia Regional Care Center
## Patient Grievance Form
### STEP 1

INSTRUCTIONS (Failure to meet these guidelines will cause the grievance form to be returned to you.):
- A grievance form is submitted only when you believe one of your legal rights has been violated.
- The grievance must be filed within five days of any incident that you are citing.
- Only one grievance may be placed on each form.
- No vulgarity, profanity or abusive language may be used.
- You must state the result that you want to have occur to resolve the matter.

Patient Name: Candy Argot      CRCC # 3697   Unit 4
Legal Right You Believe Has Been Violated: My right to safety & security
State Grievance (including date of incident): On 1-4-10, I was punched, scratched & bitten by Lucretia Felder. I was threatened several times by her before this occurred, which officers and Captain Cummings were all aware of, but nothing was done about it. On this day, she attacked me from behind. I am now fearful for my life, as she told the officer that worked yesterday that she was going to attack me again, along with my roomate (Delores Daniels).

Action Requested: I want the medical patients (such as myself) to be seperated from the severe mental health (such as Felder). Also, I want charges pressed against her and pictures taken of the marks left on me from this assault. And, I would like copies of the pictures taken.

Patient Signature: Candy Argot        Date: 1-6-10

Assigned to: Mrs. McCleese for Dr. McFadden
Resolution: Patient states that she would prefer protective custody to being in the same area as patient Felder. And she wishes to continue with pressing charges against her.

✓ I agree with the above solution.
___ I disagree with the above solution and want this grievance referred to the Grievance Committee.

Patient Signature**: Candy Argot    Date 1-8-10   Staff Member Signature: [signature]   Date 1-8-10
** Your signature means that you have received the form. It does not imply that you agree with the results of the grievance process.

CRCC507 01/07

1



**CONFIDENTIAL**



For Office Use Only
Grievance # 60.10
Coordinator's Initials ⟋
Date Received 1/4/2011

## Columbia Regional Care Center
## Patient Formal Grievance Form



### Stage 1

A grievance form is submitted only <u>after</u> all informal methods of resolution have been attempted.
- Right you believe has been violated
- The grievance must be filed <u>within five days</u> of any incident that you are citing.
- Only <u>one grievance</u> may be placed on each form. Vulgarity and profane language will result in rejection of grievance. This is NOT a complaint form. Complaints are addressed on a Patient Communication form.

**RECEIVED 1/4/2011**

Patient Name: Candy Argot      CRCC # 3697   Unit 4

Right you believe has been violated: Being assaulted by another inmate

State grievance and date of incident:

On 12-30-10 at approx. 6:10pm Emerald Miller and Brandi Thompson came in my room and severely assaulted me, even after the officers and Sgt. walked into my room, they continued to assault me.

Outcome Expected: Since my protection is not guaranteed in here, I would like to be sent somewhere that it is. I would also like for Emerald Miller and Brandi Thompson to ~~go~~ be permanently assigned to another floor, or myself.

Patient Signature: Candy Argot      Date: 12-30-10

Your signature means only that you have submitted a formal grievance.

(Admin. Use Only) CPT ROSE
Supervisor assignment: Chief McCleese, MRS Cummings
Resolution: PATIENT ARGOT WAS MOVED TO UNIT 7

✓ I agree with the above resolution.

____ I disagree with the above resolution and understand it will proceed to Stage 2 and forwarded to the Grievance Administrator.

Patient Signature: Candy Argot   Date: 1-10-11   Assigned Staff Supervisor Signature: [signature]   Date: 01/10/11

(Stage 2 Resolution on reverse side)

CRCC 507 03/29/10



**CONFIDENTIAL**

# Columbia Regional Care Center
## Patient Formal Grievance Form


GeoCare



For Office Use Only
Grievance # 61.0
Coordinator's Initials ORS
Date Received 1/4/2011

### Stage 1

A grievance form is submitted only **after** all informal methods of resolution have been attempted.
- Right you believe has been violated
- The grievance must be filed **within five days** of any incident that you are citing.
- Only **one grievance** may be placed on each form. Vulgarity and profane language will result in rejection of grievance. This is NOT a complaint form. Complaints are addressed on a Patient Communication form.

**RECEIVED 1/4/2011**

Patient Name: Cundy Argot       CRCC # 3697    Unit 4

Right you believe has been violated: Force medicating me without a court order

State grievance and date of incident:
On 12-26-10, the nurse came in my room and woke me up to check my sugar. She said it was high and came back to give me some insulin. She said she was giving me 15u Novolog and I asked her why she wasn't giving me the 18u with it, but she said it wasn't time for it, because I just ate lunch. I told her that I didn't want it and she had the officers hold me down and even after Catherine came in they still didn't let me. (over)

Outcome Expected: I want to get out of here TODAY, because every time this happens, they tell me that it won't happen again, but it always does. If I cannot get out of here, then I want everyone that was involved with this to be terminated from their job.

Patient Signature: Candy Argot        Date: 12-26-10

Your signature means only that you have submitted a formal grievance.

---

(Admin. Use Only)

Supervisor assignment: Jaclyne Cao.

Resolution: Ms. Catherine Adumach, RN, no longer works on this unit. The treatment team is considering Ms. Argot's request to move. Ms. Robin Mickens, MSW, will see Ms. Argot today.

---

✓  I agree with the above resolution.

____ I disagree with the above resolution and understand it will proceed to Stage 2 and forwarded to the Grievance Administrator.

Patient Signature: Candy Argot      Date 1-6-11    Assigned Staff Supervisor Signature: Jaclynn S. Lane    Date 1/6/11

(Stage 2 Resolution on reverse side)

CRCC 507 03/29/10                                          — OVER —

```
For Office Use Only
Grievance # 1.7.10
Coordinator's Initials AB
Date Received 4/9/10
```


RECEIVED
4.9.2010

## Columbia Care Center
## Patient Grievance Form
### STEP 1

INSTRUCTIONS (Failure to meet these guidelines will cause the grievance form to be returned to you.):
- A grievance form is submitted only when you believe one of your legal rights has been violated.
- The grievance must be filed within five days of any incident that you are citing.
- Only one grievance issue be addressed on each form.
- No vulgarity, profanity or abusive language may be used.
- You must state <u>the result that you want</u> to have occur to resolve the matter.

Patient Name **Candy Hojot** CCC # **3697** Unit **4**

Legal Right You Believe Has Been Violated: **Force medicating me without a court order**

State Grievance (including date of incident): **On 4-8-10 at approx. 3:00am the nurse came in and said that the doctor wanted her to give me 5u of Regular insulin. I told her that I didn't want it, because the last time I took Regular insulin, it made my sugar drop. She then came back with "officers" and held me down and gave me the insulin. Earlier the officer came in (cover)**

Action Requested: **I have the right to refuse any medical treatment and I would like this honored in here. I am competent to make my own decisions as to what insulin I need, or don't need and I am requesting to be able to do so, as I've diabetes for 26 years now.**

Patient Signature **Candy Hojot** Date **4-8-10**

Assigned to **DR. McFADDEN**

Resolution: **CRCC Staff will not require you to take medication. If you refuse meds, your refusal will be honored.**

✓ I agree with the above solution.

____ I disagree with the above solution and want this grievance referred to the Grievance Committee.

Patient Signature ** **Candy Hojot** Date **4-13-10**  Staff Member Signature **Jill - RN** Date **4/13/10**

** Your signature means that you have received the form. It does not imply that you agree with the results of the grievance process.

CCC 507 01/07                                          1

```
For Office Use Only
Grievance # 15.10
Coordinator's Initials [illegible]
Date Received 4/5/10
```

# Columbia Care Center
## Patient Grievance Form
### STEP 1

INSTRUCTIONS (Failure to meet these guidelines will cause the grievance form to be returned to you.):
- A grievance form is submitted only when you believe one of your legal rights has been violated.
- The grievance must be filed within five days of any incident that you are citing.
- Only one grievance matter be placed on each form.
- No vulgarity, profanity or abusive language may be used.
- You must state the result that you want to have occur to resolve the matter.

Patient Name: Candy Argt    CCC # 3697    Unit 4

Legal Right You Believe Has Been Violated: Violating my medical rights.

State Grievance (including date of incident): On 4-3-10, Ms. Mills (the RN) was working on the 4th floor. She came in my room and left the accu-check machine, along with lancets and insulin, and told me and my roomate to check our sugars and for me to take the insulin. My blood sugar read HI, so I took the remaining 10 units that was left in the flex pen. She came back with an insulin syringe and told me that she wanted me to take 15 more units of regular insulin, even though there was no doctors order saying to do so. I told her that there was no doctors (on back)

Action Requested: I am requesting that Ms. Mills not be allowed to work the 4th floor any more, and that the doctor is called whenever my blood sugar is over 400.

(OVER)

Patient Signature: Candy Argt    Date 4-3-10

Assigned to: Dr. McFadden  4/6/10

Resolution: Your NP + MD were called regarding this issue. The nurse was awaiting a call back from them when she was discussing insulin dosage with you. I have spoken with her about the problems and your concerns

✓ I agree with the above solution.

___ I disagree with the above solution and want this grievance referred to the Grievance Committee.

Patient Signature**: Candy Argt    Date 4-7-10    Staff Member Signature: [illegible] RN    Date 4-7-10

** Your signature means that you have received the form. It does not imply that you agree with the results of the grievance process.

CCC 507 01/07

1



For Office Use Only
Grievance # 51.10
Coordinator's Initials ___
Date Received 11/1/10

# Columbia Regional Care Center
# Patient Formal Grievance Form



## Stage 1

A grievance form is submitted only <u>after</u> all informal methods of resolution have been attempted.
- Right you believe has been violated
- The grievance must be filed <u>within five days</u> of any incident that you are citing.
- Only <u>one grievance</u> may be placed on each form. Vulgarity and profane language will result in rejection of grievance. This is NOT a complaint form. Complaints are addressed on a Patient Communication form.

Patient Name _Candy Argot_  CRCC # _3697_  Unit _4_

RECEIVED 1/11

Right you believe has been violated: _My right to proper medical care_

State grievance and date of incident:
_I am supposed to have the bandage on my finger changed 3 times a day, but they have not been doing it. My finger is the way that it is, due to not having proper medical care in the first place._

Outcome Expected: _Since I am not being properly cared for here, I am requesting to be released from here, to where I can get the proper care that I need._

**! CONFIDENTIAL**

Patient Signature _Candy Argot_ Date _6-30-10_

Your signature means only that you have submitted a formal grievance.

Reviewed 8/1 RD

(Admin. Use Only)

Supervisor assignment: _____

Resolution: _Documentation in the patient record indicate that the dressing change was completed in October._ _____

____ I agree with the above resolution.

_✓_ I disagree with the above resolution and understand it will proceed to Stage 2 and forwarded to the Grievance Administrator.

Patient Signature _Candy Argot_ Date _12-17-10_  Assigned Staff Supervisor Signature _____ Date _12/3/10_

(Stage 2 Resolution on reverse side)

CRCC 507  03/29/10

**For Office Use Only**
Grievance # 54.10
Coordinator's Initials ____
Date Received 11/14

# Columbia Regional Care Center
## Patient Formal Grievance Form


GEO Care

### Stage 1

A grievance form is submitted only **after** all informal methods of resolution have been attempted.
- Right you believe has been violated
- The grievance must be filed **within five days** of any incident that you are citing.
- Only **one grievance** may be placed on each form. Vulgarity and profane language will result in rejection of grievance. This is NOT a complaint form. Complaints are addressed on a Patient Communication form.

Patient Name: CANDY ARSOT    CRCC # 3692    Unit 4

Right you believe has been violated: Med Treatment

State grievance and date of incident:

Inconsistent Med Treatment. Nurse not changing (dressing) every 6 hrs.

Outcome Expected: Dressing Changed

Patient Signature: Candy Arsot    Date 11/15
Your signature means only that you have submitted a formal grievance.

(Admin. Use Only)
Supervisor assignment: _____
Resolution: _____

__✓__ I agree with the above resolution.

____ I disagree with the above resolution and understand it will proceed to Stage 2 and forwarded to the Grievance Administrator.

Patient Signature: Candy Arsot    Date 11/15    Assigned Staff Supervisor Signature _____ Date ____

(Stage 2 Resolution on reverse side)

CRCC 507  03/29/10


RECEIVED 11/15