AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Candy Argot | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    4:11-cv-2755-RMG |
| Dr. Oliver Harden, Dana Smith, et al | ) | |
| *Defendant* | ) | |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Summary Judgment is entered by the Clerk as to defendants, Catherine Adumoah, Steve Adwell, Erica Brown, Columbia Regional Care Center, Adam Creewell, Major Cummings, Kya Davis, Carlos Glenn, Oliver Harden, Bruce McClease, Officer Peterson, Alton Richardson, Dana Smith, Officer Whitaker, Ofc Whitman and this case is closed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   November 22, 2013                                              *CLERK OF COURT*

                                                                                      s/Debbie Stokes
                                                                          _____
                                                                           *Signature of Clerk or Deputy Clerk*